SHIRLEY SCALICE, Respondent, v MONICA E. CARTER, Appellant. (Appeal No. 1.) [825 NYS2d 652]—Appeal from an order of

the Supreme Court, Erie County (Rose H. Sconiers, J.), entered August 26, 2005. The order, among other things, granted plaintiff's motion for an extension of time to serve defendant.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Smith and Pine, JJ.